| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Crites-Leoni, Abbie S. | 2. Court or Organization<br><br>U.S. District Court Eastern District of Missouri | 3. Date of Report<br><br>08/13/2019 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge Full-Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>Honorable Abbie Crites-Leoni<br>Rush Hudson Limbaugh, Sr., U.S. Courthouse<br>555 Independence, Suite 4000<br>Cape Girardeau, MO 63703 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | President | Southeast Missouri State University Alumni Board of Directors |
| 2. | Manager | Copper Cabin Rank LLC (VII, Line 2) |
| 3. | Member | The Barn at High Point, LLC (VII, Line 3) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crites-Leoni, Abbie S. | 08/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | MOSERS (state teacher retirement) |
| 2. | 2018 | CRP Annual Rental and Cost Shares |
| 3. | 2018 | Conservator/Guardian (self-employed) |
| 4. | 2018 | Real Estate Consultant (self-employed) |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crites-Leoni, Abbie S. | 08/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Commerce Bank | Commercial Loan: acreage in Missouri (Part VII, Line 2) | K |
| 2. | First State Community Bank | Commercial Loan: acreage and farm buildings in Missouri (Part VII, Line 3) | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crites-Leoni, Abbie S. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Acreage in Fulton Co. Arkansas (2007-$41,000 and 2009-$40,000) | | None | L | R | | | | | |
| 2. Acreage in Bollinger Co. Missouri (2010-$183,572) | | None | M | R | | | | | See Note 1 in Part VIII |
| 3. Real estate in Cape Girardeau County, Missouri (2014-$249,863) | | None | N | R | | | | | See Note 2 in Part VIII |
| 4. TIAA-CREF Traditional Fund | C | Int./Div. | M | T | Sold (part) | 01/02/18 | K | | |
| 5. | | | | | Sold (part) | 07/09/18 | K | | |
| 6. | | | | | Buy (add'l) | 04/05/18 | K | | See Note 3 in Part VIII |
| 7. | | | | | Buy (add'l) | 04/05/18 | J | | See Note 3 in Part VIII |
| 8. | | | | | Buy (add'l) | 05/17/18 | M | | See Note 3 in Part VIII |
| 9. TIAA-CREF: Real Estate | C | Int./Div. | L | T | Spinoff (from line 4) | 01/16/18 | M | | |
| 10. TIAA-CREF: CREF Stock R2 | A | Int./Div. | J | T | Spinoff (from line 4) | 01/23/18 | K | | |
| 11. | | | | | Buy (add'l) | 01/23/18 | K | | See Note 3 in Part VIII |
| 12. | | | | | Sold (part) | 01/30/18 | J | | |
| 13. American Funds-Global Growth Portfolio-A (Fund #55) | A | Int./Div. | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crites-Leoni, Abbie S. | 08/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1
Part I, Line 2
Part VII, Line 2: This is the property for which the Copper Cabin Ranch LLC was created. All members of the LLC are related and no assets are owned by the LLC. The property is utilized by the LLC for hunting, conservation efforts, and livestock grazing.

Note 2
Part I, Line 3; Part VI, Line 2; & Part VII, Line 3:
This is the property for which The Barn at High Point, LLC was created. The members of the LLC are related. The property is utilized for agricultural and equestrian purposes. Sale of other portions of this property were reported previously.

Note 3
Part VII, Lines 6, 7, 8, and 11:
The acquisitions reflected in Lines 6, 7, 8, and 11 were the result of transfering funds from one investment account to another; they were not cash purchases. For some reason the software was not allowing a Spinoff line to be populated for these transactions. I contacted the Help Desk and was advised to select the "Buy Addl." option which enabled me to fill the blanks. Lines 6 and 8 were Spinoffs from Line 10; and Lines 7 and 11 were Spinoffs from Line 9.

| Name of Person Reporting | Date of Report |
|---|---|
| Crites-Leoni, Abbie S. | 08/13/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Abbie S. Crites-Leoni**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544